FILED
10/18/2021

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIAM E. FRIESEN,<br><br>Defendant. | VIOLATION:<br>E1102545<br>Location Code: M13<br><br>ORDER |
|---|---|

Based upon the unopposed motion of the United States and for good cause appearing,   IT IS HEREBY ORDERED that the above citation is DISMISSED, and the bench warrant issued on or about October 14, 2021, is QUASHED.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 9, 2021, is VACATED.

DATED this 18th day of October, 2021.

_____
John Johnston
United States Magistrate Judge